## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JAMEEL H ABDULLAH                      §          Case No.: 08-34670
         SHERNEANE D LEWIS                      §
                                                §
                                                §
                                                §
         Debtor(s)                              §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

    1)    The case was filed on 12/18/2008.

    2)    This case was confirmed on 03/11/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/11/2009, 03/11/2009.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5)    The case was converted on 09/28/2009.

    6)    Number of months from filing to the last payment:  8

    7)    Number of months case was pending:  12

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $    38,050.00

    10)    Amount of unsecured claims discharged without payment $        .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 5,900.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 5,900.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,742.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 404.36 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,146.86 |
| Attorney fees paid and disclosed by debtor | $ 1,644.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | 12,850.00 | .00 | .00 | .00 | .00 |
| NATIONAL CITY MORTGA | SECURED | 94,950.14 | 90,922.14 | .00 | .00 | .00 |
| NATIONAL CITY MORTGA | SECURED | NA | 4,028.00 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 175,835.00 | 280,671.25 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | NA | 6,872.71 | .00 | .00 | .00 |
| WINDHAM PROFESSIONAL | UNSECURED | 1,231.51 | 1,231.51 | 1,231.51 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 11,711.97 | 14,265.97 | 14,265.97 | .00 | .00 |
| CHASE HOME FINANCE L | UNSECURED | 104,836.25 | NA | NA | .00 | .00 |
| GMAC | SECURED | 7,000.00 | 7,628.46 | 7,628.46 | 3,129.97 | 123.17 |
| GMAC | UNSECURED | 628.46 | NA | NA | .00 | .00 |
| SILVERLEAF RESORTS I | SECURED | 4,120.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | PRIORITY | 4,159.20 | NA | NA | .00 | .00 |
| AARON SALSES & LEASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AARON SALSES & LEASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AARON SALSES & LEASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AARON SALSES & LEASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ACCOUNTS RECEIVABLE | OTHER | .00 | NA | NA | .00 | .00 |
| ACCREDITED HOME LEND | UNSECURED | .00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 546.85 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 248.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 518.00 | 518.00 | 518.00 | .00 | .00 |
| AVERNO CLINICAL LAB | UNSECURED | 575.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 741.20 | NA | NA | .00 | .00 |
| CHARTER ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO FIRST CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,200.00 | 2,269.20 | 2,269.20 | .00 | .00 |
| ADT | UNSECURED | 999.36 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 951.34 | NA | NA | .00 | .00 |
| CORPORATE AMERICA FA | UNSECURED | 67.87 | NA | NA | .00 | .00 |
| CORPORATION COUNSEL | UNSECURED | 1,760.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | .00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 1,838.00 | NA | NA | .00 | .00 |
| CRESCENT BANK & TRUS | UNSECURED | .00 | NA | NA | .00 | .00 |
| DIVERSIFIED COLLECTI | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| MACYS RETAIL HOLDING | UNSECURED | 142.41 | 142.41 | 142.41 | .00 | .00 |
| EDDIE BAUER | UNSECURED | .00 | NA | NA | .00 | .00 |
| EXECUTIVE FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| GEMB/HH GREGG | UNSECURED | .00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 1,025.00 | 1,025.00 | 1,025.00 | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 596.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 414.00 | 485.74 | 485.74 | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | .00 | 642.11 | 642.11 | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC TAX | UNSECURED | .00 | NA | NA | .00 | .00 |
| IL DESIGNATED | UNSECURED | .00 | NA | NA | .00 | .00 |
| IL DESIGNATED | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 1,002.00 | 1,002.75 | 1,002.75 | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 62.40 | NA | NA | .00 | .00 |
| ILLINOIS TOLLWAY AUT | UNSECURED | 283.20 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| NATIONWIDE ACCEPTANC | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,286.63 | 1,286.63 | 1,286.63 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NDC CHECK SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| NETBANK INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| OAK TRUST CREDIT UNI | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 6,260.59 | 6,260.59 | 6,260.59 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROBERT MORRIS COLLEG | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 149.79 | 149.79 | 149.79 | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| UNION CR NB | UNSECURED | .00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| CLARA IRONS & ROBERT | OTHER | .00 | NA | NA | .00 | .00 |
| SYLVESTER BUSH | OTHER | .00 | NA | NA | .00 | .00 |
| YOLANDA DAVIS | OTHER | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | .00 | 3,388.31 | 3,388.31 | .00 | .00 |
| ISAC | UNSECURED | .00 | 35,425.52 | 35,425.52 | .00 | .00 |
| GENERAL MOTORS ACCEP | SECURED | NA | .00 | 500.00 | 500.00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | 6,834.63 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,628.46 | 3,129.97 | 123.17 |
| All Other Secured | 500.00 | 500.00 | .00 |
| **TOTAL SECURED:** | 8,128.46 | 3,629.97 | 123.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 68,093.53 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 2,146.86 |
| Disbursements to Creditors | $ | 3,753.14 |
| **TOTAL DISBURSEMENTS:** | $ | 5,900.00 |

12)    The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    12/22/2009                          /s/ Tom  Vaughn
                                              Tom  Vaughn, Chapter  13  Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**